PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Charron Inge                                             Cr.: 03-00851-01
                                                                            PACTS Number: 37028

Name of Sentencing Judicial Officer: Freda L. Wolfson

Date of Original Sentence: 03/17/04

Original Offense: Conspiracy to Unlawfully Posses Stolen United States Mail

Original Sentence: 21 months imprisonment, to be followed by 3 years of supervised release

Date of Violation Sentence: 05/01/07

Violation Sentence: 6 months imprisonment, to be followed by 1 year of supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 08/27/08

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

The offender has failed to report for random drug testing on October 9, 2008, November 3, 2008, December 9, 2008, January 29, 2009, February 10, 2009, February 26, 2009, and March 24, 2009.

On March 25, 2009, this officer reviewed the offender's phone records for the U.S. Probation Office's random drug program to ensure he was calling in as required. This officer discovered that the offender has not called in since March 10, 2009, and on the few days that the offender called the random drug program it was from the phone number, 267-393-3929, which is a Comcast landline that is registered to the offender's brother's residence located at 2714 North 11th Street in Philadelphia, Pennsylvania.

Subsquently, later on March 25, 2009, this officer had a telephonic conversation with the offender who reported that he has been calling into the random drug program everyday as required, and he was calling from his father's cellphone. As evidenced above, the offender was making untruthful statements to the probation officer.

PROB 12B - Page 2
Charron Inge

During the same telephonic conversation with the offender on March 25, 2009, he admitted he had been staying at his brother's residence at 2714 North 11th Street in Philadelphia, Pennsylvania periodically during the months of February and March 2009. It should be noted that the offender did not have permission of the probation officer, nor sought the permission of the probation officer to travel to Philadelphia, Pennsylvania during the months of February and March 2009.

On March 9, 2009, this officer conducted an unannounced home visit at the offender's last known residence located at 2210 Howell Street in Camden, New Jersey. This officer met with the offender's cousin Tawanna Inge who reported that the offender relocated from the residence shortly after he completed his home confinement sentence on January 18, 2009. The offender contacted this officer via telephone on March 11, 2009, and reported he had relocated to 128 North 21st Street in Camden, New Jersey, several days prior. The offender did not report this change of residence within 72 hours to the probation officer. On March 30, 2009, during an office visit the offender admitted he has an unstable residence, and he has been staying at multiple residences. He reported since he has been off home confinement, he has been staying with his girlfriend, in Pennsauken, New Jersey, his cousin in Camden, New Jersey, and his brother in Philadelphia, Pennsylvania.

The offender failed to submit his monthly supervision reports for November 2008, December 2008, January 2009, and February 2009.

The offender has failed to pay his home confinement costs. The offender owes $413.40 towards the costs of his home confinement. He has not made any payments towards this balance.

The offender has failed to make his required monthly restitution payments. The offender has only made one $20.00 payment on November 13, 2008, since he was originally sentenced on March 17, 2004. The offender has recently obtained employment in the maintenance department at an apartment complex in Philadelphia, Pennsylvania.

The offender has acknowledged his non-compliance, and he has agreed to the proposed modification, absent a court hearing. This added condition is designed to increase the offender's accountability to this office, address his housing issues, and serve as a sanction for his non-compliance.

Respectfully submitted,
By: Daniel J. Carney
U.S. Probation Officer
Date: 03/31/09

---

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[X] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

4/3/09
Date