PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Summons for Offender Under Supervision

**Name of Offender:** Charron Inge                **Docket Number:** 03-00851-001
                                                  **PACTS Number:** 37028

**Name of Sentencing Judicial Officer:** HONORABLE Freda L. Wolfson

**Date of Original Sentence:** 03/17/2004

**Original Offense:** Conspiracy to Unlawfully Possess Stolen U.S. Mail, in violation of 18 U.S.C. § 371 [18 U.S.C. § 1708], a Class D Felony

**Original Sentence:** 21 months imprisonment; 3 years supervised release.

**Special Conditions:** 1) Drug testing/treatment; 2) Financial disclosure; 3) No new debt; and 4) $70,000.00 in restitution to be payable at the rate of no less than $100.00 per month.

**Date of Violation Sentence:** 05/01/2007

**Violation Sentence:** 6 months imprisonment; 1 year of supervised release

**Special Conditions:** 1) Drug testing/treatment; 2) Financial disclosure; 3) No new debt; 4) four months home confinement with electronic monitor (self-pay) and 4) $70,000.00 in restitution to be payable at the rate of no less than $100.00 per month.

**Type of Supervision:** Supervised Release                **Date Supervision Commenced:** 08/27/08

**Assistant U.S. Attorney:** Karl Buch, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Brian Rielly, 22 South Clinton Avenue, Station Plaza #4, 4th Floor, Trenton, New Jersey, 08609, (609) 989-2160

---

## PETITIONING THE COURT

[X]  This petition shall replace the violation petition dated June 17, 2009.  A hearing has already been scheduled for July 13, 2009, at 10:00am.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1. The offender has violated the supervision condition which states, "**The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**"

   On April 3, 2009, Your Honor modified the conditions of supervised release, with the offender's consent to include 4 months community confinement placement, absent a court hearing for the following violations of supervised release: 1) failing to report for random drug testing; 2) making untruthful statements to the probation officer; 3) leaving the district without permission; 4) failing to report a change of residence within 72 hours; 5) failing to submit monthly supervision reports; 6) failing to pay costs for home confinement; and 7) failing to make restitution payments.

   On Saturday June 13, 2009, at approximately 12:50pm, this officer received a telephone call from the offender at Kintock Community Corrections Center. The offender advised this officer that he is having difficulty obtaining employment passes, and he was complaining about the rules and polices of Kintock. Mr. Inge further advised he wanted to leave the program, or be transferred to another facility. This officer advised the offender that is not an option. This officer warned the offender that he must comply with all rules and policies of Kintock. This officer further advised the offender if he leaves, or is negatively terminated from Kintock his case would be returned to Court for violation proceedings.

   On June 13, 2009, at 11:26pm, the offender left the Kintock Community Corrections Center in Philadelphia, Pennsylvania without authorization and failed to return to the facility. He was subsequently terminated from the program on June 15, 2009.

   According to staff at Kintock, on June 13, 2009, the offender tested positive for alcohol via breathalyzer exam. After learning this information the offender left Kintock Community Corrections Center without authorization and failed to return to the facility.

   In addition to absconding from the facility, the offender received several infractions from the facility that included: 1) failing to pay his subsistence fee; 2) On May 7, 2009, the offender submitted a urine sample that tested positive for marijuana via laboratory confirmation, 3) Possession of an unauthorized item, a cellphone; and 4) On June 13, 2009, testing positive for alcohol via a breathalyzer exam.

2.  The offender has violated the supervision condition which states, "**You shall notify the probation officer within 72 hours of any change of residence or employment.**"

    On June 13, 2009, at 11:26pm, the offender left the Kintock Community Corrections Center in Philadelphia, Pennsylvania without authorization and failed to return to the facility. He was subsquently terminated from the program on June 15, 2009.

    Since the offender absconded from the Kintock Community Corrections Center, he has failed to contact this officer to provide his current address. His current whereabouts are unknown.

3.  The offender has violated the supervision condition which states, "**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**"

    On May 7, 2009, the offender submitted a urine sample that tested positive for the presence of marijuana via laboratory confirmation at Kintock Community Corrections Center in Philadelphia, Pennsylvania.

    On July 6, 2009, the offender submitted an instant urine sample that tested positive for the presence of marijuana. The offender admitted he had used marijuana on or about July 1, 2009, and signed an admission to drug use form stating same.

    *This charge was added to the original violation petition dated June 17, 2009.*

4.  The offender has violated the supervision condition which states, "**The defendant is to be confined to his residence for a period of 4 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.**"

|   |   |
|---|---|
| | The offender has made no payments to date towards his home confinement balance of $413.40. |
| 5. | The offender has violated the supervision condition which states, "**As a condition of supervision, you are instructed to pay restitution in the amount of $70,000.00 to American Express, 200 Vesey Street, New York, NY 10285-0201, Attention: Denise Guido; it shall be paid in the following manner: No less than $100.00 per month, commencing 30 days after release from confinement.**" |

To date, the offender has only made one restitution payment of $20.00 on November 13, 2008. His remaining restitution balance is $69,980.00.

I declare under penalty of perjury that the foregoing is true and correct.

By: Daniel J. Carney
U.S. Probation Officer
Date: 7/6/09

THE COURT ORDERS:

[X]  This petition shall replace the violation petition dated June 17, 2009. A hearing has already been scheduled for July 13, 2009, at 10:00am.

[ ]  The Issuance of a Warrant
[ ]  No Action
[ ]  Other

_Freda L. Wolfson_
Signature of Judicial Officer

7-10-09
Date