UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| vs. | : | Crim. No. 03-851 (FLW) |
| CHARRON INGE | : | <u>DETENTION ORDER</u> |

This matter having been opened to the Court in the presence of the United States of America, Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Jennifer Davenport, Assistant United States Attorney, appearing), and in the presence of Andrea D. Bergman, Esquire, attorney for defendant Charron Inge, for an order pursuant to Title 18, United States Code, Section 3142(e) detaining the defendant without bail pending a hearing on the petition for violation of supervised release filed in the above-entitled matter; the Court makes the following findings:

1. On June 17, 2009, a Petition for Warrant for Offender Under Supervision was filed in the above-captioned matter seeking a warrant for the arrest of the defendant for violations of conditions of supervised release imposed on April 3, 2009. On June 17, 2009, an arrest warrant was issued pursuant to the petition. On July 10, 2009, an amended Petition was filed. The violations of supervised release alleged in the petition carry a maximum penalty of two years imprisonment.

2. The defendant was released on bail by the Honorable Tonianne J. Bongiovanni on July 2, 2009. On July 6, 2009 and July 13, 2009, the defendant tested positive for marijuana.

3. Additional lab reports have been requested regarding these drug tests.

4. A Violation of Supervised Release Hearing is scheduled for July 22, 2009.

IT IS, therefore, on this  <u>13th</u> day of July, 2009,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the defendant be committed to the custody of the Attorney General or her authorized representative pending the Violation of Supervised Release hearing; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED the defendant is hereby ordered detained pending the Violation of Supervised Release hearing in the above-entitled matter.

    *s/Freda L. Wolfson*
HONORABLE FREDA L. WOLFSON
United States District Judge